UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE INS. CO.,

        Plaintiff(s),                            Case No. 16-13040

v.                                          Honorable Stephen J. Murphy, III

ELITE HEALTH CENTERS, INC., et al,        Magistrate Judge David R. Grand

        Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to Case No. __16-12380__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Gerald E. Rosen__ and Magistrate Judge __Anthony P. Patti__.

                                                              s/Stephen J. Murphy, III
                                                              Stephen J. Murphy, III
                                                              United States District Judge

                                                              s/Gerald E. Rosen
                                                              Gerald E. Rosen
                                                              United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: __CIVIL__

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: 8/24/2016                                            s/ S Schoenherr
                                                                    Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Gerald E. Rosen