*Exhibit 4*

**To:** Jayrosett@gmail.com[jayrosett@gmail.com]
**From:** Janet Rosenberg
**Sent:** Thur 3/14/2013 6:45:18 PM
**Subject:** RE: hi

☺

**From:** Jayrosett@gmail.com [mailto:jayrosett@gmail.com]
**Sent:** Thursday, March 14, 2013 2:37 PM
**To:** Janet Rosenberg
**Subject:** Re: hi

Cool.  Keep me out of the junk!!!

Jay
On Mar 14, 2013, at 2:41 PM, Janet Rosenberg <Janet@855mikewins.com> wrote:

> Guess what?? When I got this I checked my JUNK mail and there is your email from Tuesday!! Wtf?? Ugh, I will have staff send them now. That's a first.
>
> **From:** Jay Rosett [mailto:jayrosett@gmail.com]
> **Sent:** Thursday, March 14, 2013 2:33 PM
> **To:** Janet Rosenberg
> **Subject:** Re: hi
>
> I just looked, I emailed you everyday this week.  I even do it when I'm at a ski trip with a time zone change and hang over.  :)
>
>
> On Thu, Mar 14, 2013 at 2:16 PM, Janet Rosenberg <Janet@855mikewins.com> wrote:
> Cool thanks.  Now that you mention it there was a another day this week, I think Tuesday when you didn't email me! I'm so sorry, I just thought maybe it was not a good day for you or whatever. Shit. I'm sorry I didn't tell you earlier.  It resonated with me today because it was the second time this week…  ☹
>
> **From:** Jay Rosett [mailto:jayrosett@gmail.com]
> **Sent:** Thursday, March 14, 2013 2:07 PM
> **To:** Janet Rosenberg
> **Subject:** Re: hi
>
> Hi Jan!!  River is doing better thanks.  YES reports everyday!!  Glad you emailed, I think that I didnt press send.  Not really sure what happened, but otw now.
>
>
> On Thu, Mar 14, 2013 at 2:05 PM, Janet Rosenberg <Janet@855mikewins.com> wrote:
> Hi Jay!
> No reports today?
> Btw how is River??
>
> Jan Rosenberg
> Michael Morse, P.C.
> 25657 Southfield Rd.
> Southfield, MI 48075
> 248-350-9050
> janet@855mikewins.com
>
>
> --

--
Jay Rosett