UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 16-13040 ) Hon. Sean F. Cox |
| Elite Health Centers Inc., Elite Chiropractic, P.C., Elite Rehabilitation, Inc., Midwest Medical Associates, Inc., Pure Rehabilitation, Inc., Derek L Bittner D.C., P.C., Mark A. Radom, Derek Lawrence Bittner, D.C., Ryan Matthew Lukowski, D.C., Michael P. Draplin, D.C., Noel H. Upfall, D.O., Mark J. Juska, M.D., Superior Diagnostic, Inc., Chintan Desai, M.D., Michael J. Paley, M.D., Dearborn Center for Physical Therapy, LLC, Michigan Center for Physical Therapy, Inc., and Jayson Rosett, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## INDEX OF EXHIBITS

| Exhibit Number | Description |
|---|---|
| 1 | Email from Jan Rosenberg to Jay Rosett, dated 8/17/2010 |
| 2 | Email from Jan Rosenberg to Jay Rosett, dated 8/30/2010 |
| 3 | Email from Jan Rosenberg to Jay Rosett, dated 8/30/2010 |
| 4 | Email from Jay Rosett to Jan Rosenberg, dated 9/8/2010 |

| Exhibit Number | Description |
|---|---|
| 5 | Email from Jan Rosenberg to Jay Rosett, dated 9/9/2010 |
| 6 | Email from Jan Rosenberg to Jay Rosett, dated 9/13/2010 |
| 7 | Email from Jan Rosenberg to Jay Rosett, dated 9/14/2010 |
| 8 | Email from Jay Rosett to Jan Rosenberg, dated 9/14/2010 |
| 9 | Email from Jan Rosenberg to Jay Rosett, dated 9/14/2010 |
| 10 | Email from Jan Rosenberg to Jay Rosett, dated 10/21/2010 |
| 11 | Email from Javay to Antonio Spratt, dated 2/4/2010 |
| 12 | Email from Javay to Rosett, Sprat and Coleman, dated 7/28/2010 |
| 13 | Email from Antonio Spratt to Rob Cop, dated 12/6/2010 |
| 14 | Email from Michael Morse to Jay Rosett, dated 8/12/2011 |
| 15 | Email from Jay Rosett to Michael Morse, dated 8/12/2011 |
| 16 | Email from Michael Morse to Jay Rosett, dated 9/14/2011 |
| 17 | Email from Michael Morse to Jay Rosett, dated 11/18/2011 |
| 18 | Email from Jay Rosett to Michael Morse, dated 11/28/2011 |
| 19 | Email from Jay Rosett to Derek Bittner, dated 9/7/2011 |
| 20 | Email from Derek Bittner to Jay Rosett and Mark Radom, dated 11/15/2011 |
| 21 | Email from Jay Rosett to Mark Radom, dated 10/15/2011 |
| 22 | Email from Anthony Chapman to Jay Rosett and Mark Radom, dated 2/3/2012 |
| 23 | Email from Mark Radom to Jay Rosett, dated 5/7/2012 |
| 24 | Email from Jay Rosett to Mark Radom, dated 6/1/2012 |
| 25 | Email from Mark Radom to Jay Rosett, dated 10/30/2012 |
| 26 | Email from Derek Bittner to Jay Rosett, dated 6/25/2012 |
| 27 | Email from Mark Radom to Akilia Jackson and Jay Rosett, dated 8/22/2012 |
| 28 | Email from Karen Miller to Rosett, dated 11/14/2013 |
| 29 | Email from Karen Miller to Rosett, dated 7/23/2017 |
| 30 | Email from Carol Almeranti to Rosett, dated 2/18/2013 |
| 31 | Email from Carol Almeranti to Rosett, dated 7/25/2017 |
| 32 | Email from Jay Rosett to Jan Rosenberg, dated 3/14/2013 |
| 33 | Email from Jay Rosett to Jan Rosenberg, dated 5/3/2013 |
| 34 | Email from Jan Rosenberg to Jay Rosett, dated 1/30/2013 |
| 35 | HI Investor Deposit, dated 6/4/2015 |