# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16-13040 ) Hon. Sean F. Cox |
| Elite Health Centers Inc., Elite Chiropractic, P.C., Elite Rehabilitation, Inc., Midwest Medical Associates, Inc., Pure Rehabilitation, Inc., Derek L Bittner D.C., P.C., Mark A. Radom, Derek Lawrence Bittner, D.C., Ryan Matthew Lukowski, D.C., Michael P. Draplin, D.C., Noel H. Upfall, D.O., Mark J. Juska, M.D., Superior Diagnostic, Inc., Chintan Desai, M.D., Michael J. Paley, M.D., Dearborn Center for Physical Therapy, LLC, Michigan Center for Physical Therapy, Inc., and Jayson Rosett, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING AS UNOPPOSED STATE FARM MUTUAL'S MOTION TO AUTHORIZE AND COMPEL COMCAST CORPORATION AND SPRINT CORPORATION TO PRODUCE DOCUMENTS RESPONSIVE TO STATE FARM MUTUAL'S SUBPOENAS (DE 157)

This matter having come before the Court upon State Farm Mutual's Motion

to Authorize and Compel Comcast and Sprint to Produce Documents in Response

to State Farm Mutual's Subpoenas (DE 157), and the Court being duly advised in the premises, it is hereby:

**ORDERED** that State Farm Mutual's Motion to Authorize and Compel Comcast and Sprint to Produce Documents in Response to State Farm Mutual's Subpoenas is **GRANTED**; it is further

**ORDERED** that Comcast Corporation is authorized to produce and shall produce documents responsive to State Farm Mutual's subpoena, in accordance with the Cable Communications Policy Act, 45 U.S.C. Section 551, and this Order; it is further

**ORDERED** that Comcast Corporation shall have **seven (7) calendar days** from service of the Court's order to notify the subscribers whose information is to be disclosed of the Court's order; and providing **ten (10) calendar days** from the date of Comcast Corporation's notification for the subscribers, all of whom are Defendants, to file in this Court any objection they have to this Order. If such an objection is filed, then Comcast Corporation shall not produce the subpoenaed information until that objection is resolved by the Court. If no such objection is filed, then Comcast Corporation shall produce the subpoenaed information within **three (3) business days** after the objection period expires. *See State Farm Mut. Auto. Ins. Co. v. Physiomatrix, Inc.*, No. 12-cv-11500, 2013 WL 10936871, at *6 & n.4 (E.D. Mich. Nov. 26, 2013); it is further

**ORDERED** that Sprint Corporation shall produce documents responsive to State Farm Mutual's subpoena no later than **thirty (30) days** from the entry of this order; it is further

**ORDERED** that Counsel for Plaintiff shall serve a copy of this Order on nonparties Comcast Corporation and Sprint Corporation forthwith, and confirm service by filing a certificate of service with the Court, which specifies the address at which they were served.

**IT IS SO ORDERED**

Dated: July 24, 2018    s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

### Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on July 24, 2018, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti