UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

        Plaintiff,

v.

ELITE HEALTH CENTERS, INC.,
ELITE CHIROPRACTIC, P.C.,
ELITE REHABILITATION, INC.,
MIDWEST MEDICAL
ASSOCIATES, INC., PURE
REHABILITATION, INC., DEREK
L. BITTNER, D.C., P.C., MARK A.
RADOM, DEREK LAWRENCE
BITTNER, D.C., RYAN MATTHEW
LUKOWSKI, D.C., MICHAEL P.
DRAPLIN, D.C., NOEL H. UPFALL,
D.O., MARK J. JUSKA, M.D.,
SUPERIOR DIAGNOSTICS, INC.,
CHINTAN DESAI, M.D., MICHAEL
J. PALEY, M.D., DEARBORN
CENTER FOR PHYSICAL
THERAPY, L.L.C., MICHIGAN
CENTER FOR PHYSICAL
THERAPY, INC., and JAYSON
ROSETT

        Defendants.
_____/

Case No. 2:16-cv-13040
District Judge Sean F. Cox
Magistrate Judge Anthony P. Patti

## **ORDER ADJOURNING THE HEARING ON STATE FARM MUTUAL'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS FROM ROCO AND JACKIER GOULD (DE 145)**

Upon the Court's review of State Farm Mutual's, ROCO's and Jackier, Gould, Bean & Eizelman, P.C.'s ("Jackier Gould") joint statement of resolved and unresolved issues regarding State Farm Mutual's motion to compel the production of documents from ROCO and Jackier Gould (DE 242-5), and the parties' statement that the only unresolved issue is:

> [w]hether ROCO's or Jackier Gould's ability to produce responsive documents related to [non-party Michael] Morse should be in any way limited due to the "objections" Morse issued to [State Farm Mutual's] subpoenas to ROCO and Jackier Gould,

the Court will adjourn the hearing on State Farm Mutual's motion to compel ROCO and Jackier Gould to produce documents responsive to State Farm Mutual's subpoenas (DE 145) to **Friday, September 14, 2018 at 10:00 a.m.,** to address the narrow, unresolved issue identified above.

However, the Court will enforce the remainder of the agreements set forth in the parties' joint statement regarding the non-Michael Morse documents—namely, that Jackier Gould and ROCO agree to collect, review and produce or (where appropriate) log as privileged any documents responsive to State Farm Mutual's subpoena that do not pertain to Morse by **Friday, August 10, 2018**.

**IT IS SO ORDERED.**

Dated: July 30, 2018           s/*Anthony P. Patti*
                               Anthony P. Patti
                               UNITED STATES MAGISTRATE JUDGE

## **Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on July 30, 2018, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti
