UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

        Plaintiff,

v.

ELITE HEALTH CENTERS, INC.,
ELITE CHIROPRACTIC, P.C.,
ELITE REHABILITATION, INC.,
MIDWEST MEDICAL
ASSOCIATES, INC., PURE
REHABILITATION, INC., DEREK
L. BITTNER, D.C., P.C., MARK A.
RADOM, DEREK LAWRENCE
BITTNER, D.C., RYAN MATTHEW
LUKOWSKI, D.C., MICHAEL P.
DRAPLIN, D.C., NOEL H. UPFALL,
D.O., MARK J. JUSKA, M.D.,
SUPERIOR DIAGNOSTICS, INC.,
CHINTAN DESAI, M.D., MICHAEL
J. PALEY, M.D., DEARBORN
CENTER FOR PHYSICAL
THERAPY, L.L.C., MICHIGAN
CENTER FOR PHYSICAL
THERAPY, INC., and JAYSON
ROSETT

        Defendants.
_____/

Case No. 2:16-cv-13040
District Judge Linda V. Parker
Magistrate Judge Anthony P. Patti

**<u>ORDER DENYING AS MOOT STATE FARM MUTUAL'S MOTION
FOR PROTECTIVE ORDER WITH RESPECT TO ELITE DEFENDANTS'
RULE 30(b)(6) NOTICE OF DEPOSITION (DE 275) AND</u>**

# STATE FARM MUTUAL'S MOTION FOR PROTECTIVE ORDER WITH RESPECT TO PALEY'S AND DESAI'S RULE 30(b)(6) NOTICES OF DEPOSITION (DE 283)

This matter is before the Court for consideration of Plaintiff State Farm Mutual Automobile Insurance Company's ("State Farm Mutual") motion for protective order with respect to Elite Defendants' Rule 30(b)(6) notice of deposition (DE 275) and State Farm Mutual's motion for protective order with respect to Paley's and Desai's Rule 30(b)(6) notices of deposition (DE 283). The motions have been fully briefed, and a hearing was noticed for September 13, 2018.

About an hour into the hearing (at which counsel for the parties and movants appeared), and following a brief recess during which the parties were invited to engage in a meet and confer conference, they informed the Court that they had fully resolved the matters that had been the subject of Plaintiff's motions. Counsel for the parties placed a stipulation as to these resolved matters on the record, which the Court intends to enforce. Accordingly, Plaintiff's motions (DEs 275, 283) are **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: September 13, 2018         s/*Anthony P. Patti*
                                  Anthony P. Patti
                                  UNITED STATES MAGISTRATE JUDGE

## Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on September 13, 2018, electronically and/or by U.S. Mail.

s/Michael Williams<br>
Case Manager for the<br>
Honorable Anthony P. Patti