MIED (Rev. 09/17) Order of Recusal and Reassignment of District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Plaintiff(s),

v.

ELITE HEALTH CENTERS INC., et al

        Defendant(s).
_____/

Case No. 16-13040

Honorable Linda V. Parker

Magistrate Judge Anthony P. Patti

### ORDER OF RECUSAL AND REASSIGNMENT

    A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: September 17, 2018

s/Linda V. Parker
Linda V. Parker
U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge Avern Cohn.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

    I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: September 17, 2018

s/N. Ahmed
Deputy Clerk