# LAW OFFICES OF BEN M. GONEK
## 500 Griswold Street, Suite 2450
### Detroit, Michigan  48226
#### Telephone: (313) 963-3377
#### Facsimile: (313) 963-9310

Ben M. Gonek
ben@goneklaw.com

November 15, 2018

United States Magistrate Anthony P. Patti- Hand Delivered
231 W. Lafayette, Room 673
Detroit, Michigan  48226

      Re:    State Farm v. Elite et al Case No. 16-13040
              Request for a Stay Pending Ruling on Objections to Magistrate's Report

Dear Magistrate Patti:

Thank you for quickly issuing an Order on Mr. Jayson Rosett's Motion for a Limited Stay of Proceedings.   Pursuant to L.R. 72.2, Mr. Rosett is asking for a brief stay of the taking of his deposition until Judge Avern Cohn rules on the Objections being filed to your Order Denying Jayson Rosett's Motion for a Limited Stay of Proceedings.

Mr. Rosett was scheduled to be deposed today.  However, after yesterday's order he could not get a flight out of Florida to come to Michigan.  His deposition is currently scheduled for tomorrow morning, November 16, 2018.  Mr. Rosett is acting in good faith.  Under the Court Rules, he had 14 days to file objections to your Order.  His objections are being filed in less than 24 hours.  A copy of the unredacted objections are attached to this letter.

We would simply request that his deposition be stayed until Judge Cohn issues a ruling.   If you would like me to file a formal motion, I can do such immediately.   Once again thank you for your attention to this matter.

Very truly yours,

Ben M. Gonek
cc: Hon. Avern Cohn
     Counsel of Record