# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DISTRICT

STATE FARM MUTUAL
AUTOMOBILE INS. CO.,

        Plaintiff,

Case No. 2:16-cr-13040

v.

ELITE HEALTH CENTERS, INC., *ET AL*.

        Defendant,

_____/

## ORDER STAYING ALL PROCEEDINGS

For the reasons stated on the record at the November 16, 2018 hearing, this case is STAYED until the hearing scheduled for January 8, 2019.

SO ORDERED.

        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

Dated:  November 16, 2018
Detroit, Michigan