UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,
              Case No. 2:16-cv-13040
              District Judge Avern Cohn
   Plaintiff,       Magistrate Judge Anthony P. Patti

v.

ELITE HEALTH CENTERS, INC.,
ELITE CHIROPRACTIC, P.C.,
ELITE REHABILITATION, INC.,
MIDWEST MEDICAL
ASSOCIATES, INC., PURE
REHABILITATION, INC., DEREK
L. BITTNER, D.C., P.C., MARK A.
RADOM, DEREK LAWRENCE
BITTNER, D.C., RYAN MATTHEW
LUKOWSKI, D.C., MICHAEL P.
DRAPLIN, D.C., NOEL H. UPFALL,
D.O., MARK J. JUSKA, M.D.,
SUPERIOR DIAGNOSTICS, INC.,
CHINTAN DESAI, M.D., MICHAEL
J. PALEY, M.D., DEARBORN
CENTER FOR PHYSICAL
THERAPY, L.L.C., MICHIGAN
CENTER FOR PHYSICAL
THERAPY, INC., and JAYSON
ROSETT

   Defendants.
_____/

**ORDER REGARDING THE ELITE DEFENDANTS' LETTER REQUEST TO FILE A MOTON TO COMPEL THE CONTINUED DEPOSITION OF STATE FARM'S 30(b)(6) WITNESS (DE 462)**

This matter is before the Court for consideration of the Elite Defendants' May 8, 2019 letter request to file a motion to compel the continued deposition of State Farm's Rule 30(b)(6) witness (DE 462), Defendants Paley's and Desai's concurring letter requests (DEs 463, 464), and Plaintiff State Farm Mutual Automobile Insurance Company's (State Farm) letter response in opposition (DE 466). These letter requests were addressed at a hearing held on May 10, 2019, at which the Court entertained oral argument.

Upon consideration of the letter requests and oral argument, and for all of the reasons stated on the record by the Court, which are hereby incorporated by reference as though fully restated herein, the Court **DENIES** Defendants' requests to file a motion to compel the continued deposition, but **GRANTS** the relief requested in those letter requests that the deposition of State Farm's 30(b)(6) witness be continued, as follows:

1. The parties are **DIRECTED** to cooperatively schedule the continuation of the deposition of State Farm's 30(b)(6) witness at a mutually agreeable date and time, on or before **June 7, 2019**.
2. The deposition shall be a <u>video</u> deposition.
3. Defendants may depose State Farm's 30(b)(6) witness for up to an additional **eight (8) hours** of actual deposition time (*i.e.,* time when the witness is under oath and testifying), allocated as follows:

- Defendant Paley shall proceed first and may take up to four (4) hours.

- The remaining defendants shall proceed next and may take up to four (4) hours, divided among them.

- If any defendant uses less that its allotted time, that defendant can choose to yield its remaining time to other defendants or reserve it for follow-up questions after the other defendants have taken testimony.

4. If State Farm chooses to ask any questions of its 30(b)(6) witness after all defendants have completed their questioning of the witness, Defendants' counsel should be afforded a reasonable amount of time to re-cross-examine the witness, beyond the above eight-hour time limit.

**IT IS SO ORDERED.**

Dated: May 10, 2019       s/*Anthony P. Patti*
                                                Anthony P. Patti
                                                UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on May 10, 2019, electronically and/or by U.S. Mail.

                                                s/Michael Williams
                                                Case Manager for the
                                                Honorable Anthony P. Patti