UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

        Plaintiff,

v.

ELITE HEALTH CENTERS, INC.,
ELITE CHIROPRACTIC, P.C.,
ELITE REHABILITATION, INC.,
MIDWEST MEDICAL
ASSOCIATES, INC., PURE
REHABILITATION, INC., DEREK
L. BITTNER, D.C., P.C., MARK A.
RADOM, DEREK LAWRENCE
BITTNER, D.C., RYAN MATTHEW
LUKOWSKI, D.C., MICHAEL P.
DRAPLIN, D.C., NOEL H. UPFALL,
D.O., MARK J. JUSKA, M.D.,
SUPERIOR DIAGNOSTICS, INC.,
CHINTAN DESAI, M.D., MICHAEL
J. PALEY, M.D., DEARBORN
CENTER FOR PHYSICAL
THERAPY, L.L.C., MICHIGAN
CENTER FOR PHYSICAL
THERAPY, INC., and JAYSON
ROSETT

Case No. 2:16-cv-13040
District Judge Avern Cohn
Magistrate Judge Anthony P. Patti

        Defendants.
_____/

**<u>ORDER DENYING WITHOUT PREJUDICE VARIOUS MOTIONS</u>**
**<u>(ECF Nos. 496, 497, 532, 533, 582)</u>**

All discovery matters have been referred to me for hearing and determination. (ECF No. 229.) Currently before the Undersigned for consideration are: **(1)** State Farm Mutual's June 3, 2019 Motion To Compel Mark Radom To Produce Documents Withheld As Privileged In Response To Subpoena To Giarmarco, Mullins & Horton, P.C. (ECF No. 496); **(2)** State Farm Mutual's June 3, 2019 Motion To File Documents Under Seal (ECF No. 497); **(3)** State Farm Mutual's July 1, 2019 Motion For Sanctions Against The Elite Defendants (ECF No. 532); **(4)** State Farm Mutual's July 1, 2019 Motion To File Documents Under Seal (ECF No. 533); and **(5)** Defendant Chintan Desai M.D.'s July 30, 2019 Motion And Supporting Brief To Compel Plaintiff To Respond To Desai's May 14, June 1, And June 5, 2019 Requests For Production Of Documents (ECF No. 582).

At various points, these motions were noticed for hearing. (*See*, *e.g.*, ECF Nos. 576, 604, 617, 620.) However, on October 30, 2019, the Court was informed that "[t]he parties have reached a tentative settlement agreement, and counsel are working on documenting this agreement." (ECF No. 626 ¶ 4.) This same representation was again made on November 26, 2019. (ECF No. 632 ¶ 4.) Given the age of these motions, the posture of this case, and the Court's desire to manage its docket, the motions (ECF Nos. 496, 497, 532, 533, 582) are **DENIED**

**WITHOUT PREJUDICE**.  The movants may re-file these motions in the event the settlement agreement does not materialize.

**IT IS SO ORDERED.**

Dated: November 27, 2019              s/*Anthony P. Patti*
                                      Anthony P. Patti
                                      UNITED STATES MAGISTRATE JUDGE